**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Clynton John CHASE, Defendant–
Appellant.**

No. 08–8063.

United States Court of Appeals,
Fourth Circuit.

Submitted: Dec. 11, 2008.

Decided: Dec. 18, 2008.

Claire J. Rauscher, Federal Public Defender, Tanzania Chevon Cannon–Eckerle, Federal Defenders of Western North Carolina, Inc., Steven George Slawinski, Assistant Federal Public Defender, Charlotte, North Carolina, for Appellant. Adam Christopher Morris, C. Nicks Williams, Office of the United States Attorney, Michael E. Savage, Assistant United States Attorney, Charlotte, North Carolina, for Appellee.

Before NIEMEYER, DUNCAN, and AGEE, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Clynton John Chase appeals the district court's order denying relief on his motion for reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Chase,* No. 3:91–cr–00086–GCM–2 (W.D.N.C. Sept. 18, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*